# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Villanueva-Villa,<br>a.k.a.: Jose Villa,<br>(A099 831 471)<br>*Defendant* | )<br>)<br>) Case No. 17-342 MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 20, 2017 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Villanueva-Villa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 24, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY:  *CEB*  Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 21, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state:  Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 20, 2017, Jesus Villanueva-Villa was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Villanueva-Villa was examined by ICE Officer R. Rodriguez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On August 20, 2017, Villanueva-Villa was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Villanueva-Villa was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Villanueva-Villa to be a citizen of Mexico and a previously deported criminal alien. Villanueva-Villa was removed from the United States to Mexico through Nogales, Arizona, on or about January 24, 2007,

pursuant to an order of removal issued by an immigration judge. There is no record of Villanueva-Villa in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Villanueva-Villa's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Villanueva-Villa was convicted of Aggravated Driving While Under the Influence of Intoxication Liquor, a felony offense, on August 25, 2006, in the Superior Court of Arizona, Navajo County. Villanueva-Villa was sentenced to four (4) months' incarceration and four (4) years' probation. Villanueva-Villa's criminal history was matched to him by electronic fingerprint comparison.

5. On August 20, 2017, Jesus Villanueva-Villa was advised of his constitutional rights. Villanueva-Villa freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 20, 2017, Jesus Villanueva-Villa, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about January 24, 2007, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 21st day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge